**Arnold ROSE**

v.

**Lenore E. ROSE.**

**No. 80–392–M.P.**

Supreme Court of Rhode Island.

Nov. 14, 1980.

Feiner & Winsten, Harold H. Winsten, Providence, for petitioner.

E. Paul Grimm, Providence, for respondent.

## ORDER

The petition for writ of certiorari is granted and the record in this case shall be forwarded to this court forthwith upon the filing of the necessary transcripts.

**John M. PAROLISI et ux.**

v.

**The BEACH TERRACE IMPROVE-MENT ASSOCIATION, INC., et al.**

**No. 80–312–A.**

Supreme Court of Rhode Island.

Nov. 21, 1980.

Quinn, Cuzzone, Geremia & Pennacchia, John F. Cuzzone, Jr., Providence, for plaintiffs.

Levy, Goodman, Semonoff & Gorin, Seth K. Gifford, Providence, for defendants.

## ORDER

The plaintiff's petition to prosecute their appeal out of time as prayed is hereby granted.

**Edward C. ACQUISTO**

v.

**John J. MORAN.**

**No. 80–533–M.P.**

Supreme Court of Rhode Island.

Nov. 26, 1980.

Allegra Munson, Asst. Public Defender, for petitioner.

Dennis J. Roberts II, Atty. Gen., Stephen R. Famiglietti, Asst. Atty. Gen., for respondent.

## ORDER

The petition for writ of habeas corpus is denied.